UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENSON EVIL GOMEZ RAMIREZ,
                               Petitioner,

                    -v-

ORANGE COUNTY NY
CORRECTIONAL FACILITY,
                               Respondent.

26-CV-2779 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner Jenson Evil Gomez Ramirez previously filed a habeas petition with this Court

challenging his detention under 8 U.S.C. § 1225(b)(2)(A).  *See Gomez-Ramirez v. Noem*, No. 26-

CV-1860, 2026 WL 734945 (S.D.N.Y. Mar. 16, 2026).  The Court granted the petition in part

and ordered the government to provide Gomez Ramirez with a bond hearing before an

immigration judge ("IJ").  *See id.* at *2.  The Court required that hearing to be one at which the

government bore the burden to demonstrate, by clear and convincing evidence, that Gomez

Ramirez is a danger to the community or a flight risk.  *Gomez-Ramirez v. Noem*, No. 26-CV-

1860 (S.D.N.Y. Mar. 19, 2026), Dkt. No. 9.  A hearing was held before an IJ on March 23, 2026,

at which the IJ denied the request for bond and concluded that the government had "established

by clear and convincing evidence that [Gomez Ramirez is] a danger to the community and that

no alternatives to detention would change that."  (ECF No. 11-1 at 19.)

Petitioner then filed the present petition through next friend, asserting various

constitutional challenges to his detention.  (*See* ECF No. 1.)  After obtaining counsel, Petitioner

clarified that his present petition challenges the sufficiency of the March 23, 2026 bond hearing.

(*See* ECF No. 24.)  Upon review of the transcript of the bond hearing and the exhibits that were

submitted to the IJ, the Court concludes that, in denying bond to Gomez Ramirez, the IJ followed

the Court's directive to assign the government the burden to demonstrate by clear and convincing evidence that Gomez Ramirez is a danger to the community.  (*See, e.g.*, ECF No. 11-1 at 15-16.) Accordingly, the bond hearing complied with the Court's order in Gomez Ramirez's prior case and the constitutional minimum required by that order.

For the foregoing reasons, Gomez Ramirez's petition for writ of habeas corpus is denied.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 26, 2026
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

2