**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JENSON EVIL GOMEZ RAMIREZ,

                    Petitioner,                    26 **CIVIL** 2779 (JPO)

          -against-                         **<u>JUDGMENT</u>**

ORANGE COUNTY NY
CORRECTIONAL FACILITY,

                    Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 26, 2026, Gomez Ramirez's petition for writ of habeas

corpus is denied; accordingly, the case is closed.

**Dated:** New York, New York

    May 27, 2026

                                   **TAMMI M. HELLWIG**

                                   **Clerk of Court**

**BY:**

                                 **Deputy Clerk**